TJT:hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CR - FERGUSON**

CASE 00 - 6247

**MAGISTRATE JUDGE**
SNOW

**IN RE: GRAND JURY 00-01 FTL**        )
_____ )

**MOTION TO SEAL**

The United States of America, by and through the undersigned Assistant United States Attorney

for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty

Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal,

and Sealing Order (except for copies to be used by law enforcement personnel during execution of their

official duties in the investigation), and to order said items to remain sealed in the custody of the Clerk

of the Court until such time as the defendant has been arrested. Sealing of the above-referenced

documents is necessary because the defendant has not yet been arrested and is unaware of the case

against him. If the defendant was to learn that he is named as a defendant, he might flee the jurisdiction.



**WHEREFORE**, the United States respectfully requests that this Court order that the Indictment,

Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to

Seal, and this Sealing Order (except for copies to be used by law enforcement personnel during

execution of their official duties in the investigation) granting the same be **SEALED** until arrest of the

defendant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: _3/31/00_                    By: _____

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500063
500 East Broward Boulevard, Suite 700
Fort Lauderdale. Florida 33394
Tel. (954) 356-7255, ext. 3516
Fax. (954) 356-7336