TJT:hkp

UNITED STATES DISTRICT COURT  **CR - FERGUSON**
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6247**

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

**MAGISTRATE JUDGE
SNOW**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WAYNE BRUTTON,

        Defendant.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about March 9, 2000, at Broward County, in the Southern District of Florida, the defendant,

### WAYNE BRUTTON,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least five (5) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.



COUNT II

On or about March 29, 2000, at Broward County, in the Southern District of Florida, the defendant,

WAYNE BRUTTON,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least five (5) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO. _____
v.

WAYNE BRUTTON      **CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
X___ FTL ___ WPB ___ FTP

New Defendant(s)      Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) __No__
   List language and/or dialect ___English___

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days        __X__       Petty        ___
   II   6 to 10 days       ___         Minor        ___
   III  11 to 20 days      ___         Misdem.      ___
   IV   21 to 60 days      ___         Felony       __X__
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) ___ No ___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **WAYNE BRUTTON**          NO. _____

**Count #I:  21 U.S.C. § 841(a)(1) Possess with Intent to Distribute "Crack" Cocaine**

**\*Max. Penalty: 40 years' and 5 year's mandatory minimum sentence; $2,000,000 fine**

**Count #II:  21 U.S.C. 841(a)(1) Possession with Intent to Distribute "Crack" Cocaine**

**\*Max. Penalty:  40 years' and 5 year's mandatory minimum sentence; $2,000,000 fine**

Count #: _____

Max. Penalty: _____

Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96