AO 442 (Rev. 12/85) Warrant for Arrest   AUSA - TERRENCE J. THOMPSON   DEA S/A Armando Roche

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. L.

UNITED STATES OF AMERICA

V.

WAYNE BRUTTON

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6247**

**CR-FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE

YOU ARE HEREBY COMMANDED to arrest _____ WAYNE BRUTTON     SNOW
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)   possession with intent to distribute "crack" cocaine;

in violation of Title 21 & 18 United States Code, Section(s) 841(a)(1) and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer: _Jenny Butler_

August 31, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial Detention Recommended

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: WAYNE BRUTTON

ALIAS: DWAYNE, WAYNE

LAST KNOWN RESIDENCE: 355 NW 29TH Terrace, Fort Lauderdale, FL 33311

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Florida

DATE OF BIRTH: 12/27/69

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'10"    WEIGHT: 180 lbs

SEX: Male    RACE: Black

HAIR: Black    EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Gold teeth and multiple tattos

FBI NUMBER: 567146FA9

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: DEA, 1475 W. Cypress Creek Road, Fort Lauderdale, FL 33309 489-1730