# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

WDF

- **DEFT:** Wayne Brutton (d)
- **CASE NO:** 00-6247-CR-
- **AUSA:** Terry Thompson
- **ATTY:**
- **AGENT:**
- **VIOL:** 21:841
- **PROCEEDING:** I/A Sealed Initial
- **RECOMMENDED BOND:** PTD

FILED by D.C.
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

- **BOND HEARING HELD** - yes / no
- **COUNSEL APPOINTED:**
- **BOND SET @:**
- **To be cosigned by:**

One temis w/ Unsea Cpy tanty
Advised of Charges
Sworn for counsel

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 11-9 | 10 Am | SNOW | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-27 | 11 | BSS | ✓ |

DATE: 11/6/00  TIME: 11:00  FTL/LSS TAPE # 00- 055  Begin: 1523  End: 1714

3 pr