UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR- Ferguson

UNITED STATES OF AMERICA

vs

WAYNE BRUTTON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on NOVEMBER 6, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: __CUSTODY__

Telephone: _____

DEFENSE COUNSEL: Name: __FEDERAL PUBLIC DEFENDER__

Address: _____

Telephone: _____

BOND SET/CONTINUED: $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __6TH__ day of __NOVEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. __00-055__

cc: Copy for Judge
U. S. Attorney

