AO 442 (Rev. 12/85) Warrant for Arrest   AUSA TERRENCE J. THOMPSON    DEA S/A Armando Roche

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

WAYNE BRUTTON

TO: **The United States Marshal and any Authorized United States Officer**

**WARRANT FOR ARREST**

CASE NUMBER:

00-6247 Ferguson

CR-ROETTGER

MAGISTRATE JUDGE

YOU ARE HEREBY COMMANDED to arrest _____ WAYNE BRUTTON    SNOW
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)   possession with intent to distribute "crack" cocaine;

in violation of Title 21 & 18  United States Code, Section(s) 841(a)(1) and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

BSS

Bail fixed at $ Pre-trial Detention Recommended

August 31, 2000, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

---

| **RETURN** |
|---|

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, Fl

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/31/00 | James A. Tassone<br>UNited States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>11/05/00 | | Edward Purchase, SDUSM |