UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # **55538-004**

UNITED STATES OF AMERICA )
                    Plaintiff ) Case Number: CR **006247-CR-WDF**
                             ) REPORT COMMENCING CRIMINAL
        -vs-                 ) ACTION
                             )
**WAYNE MORGAN BRUTTON** )
            Defendant

*****************************************************

TO: Clerk's Office    MIAMI    FT. (LAUDERDALE)    W. PALM BEACH
    U.S. District Court         (circle one)

FILED by __ D.C.
NOV 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **11-6-00**               am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **PWID CRACK COCAINE**

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: **12-27-68**

(6) Type of Charging Document:   (check one)
    [X] Indictment   [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **SD/FL**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES  [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: **DEA**  _____  (11) Phone: _____

(12) Comments: _____