**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

FILED NOV -9 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | WAYNE BRUTTON (J) | CASE NO: | 00-6247-CR-FERGUSON |
| AUSA: | TERRY THOMPSON | ATTY: | FPD |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING | RECOMMENDED BOND: | PTD W/drawn |

100,000 CSB w/ Nebbia

BOND HEARING HELD - yes / no   Stip   COUNSEL APPOINTED:

BOND SET @: 100,000 CSB w/ Nebbia   To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____.
- ☐ Travel extended to: _____.
- ☐ Halfway House _____.

gov't reserves the right to request PTD should deft seek to reduce or post the bond.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 11-9-00   TIME: 10:00   FTL/LSS TAPE # 00 - 056   Begin: 2467   End: