UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6247-CR-~~ROETTGER~~ *WDF*

UNITED STATES OF AMERICA,

VS.

WAYNE BRUTTON,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on November 27, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two days to try.

2. Defense counsel informed the Court that he has received the Government's response. He further represented that this matter is likely to be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this ___ day of November 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Norman C. Roettger
United States District Judge

Terry Thompson, Esquire
Assistant United States Attorney

Federal Public Defender's Office
*Attorney for Defendant*