U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Wayne Brutton (no deft needed)    CASE NO: 00-6247-CR- ~~Roettger~~ WDF

AUSA: Terry Thompson /Barfield/    ATTNY: FPD /Hunt for/ /W. Cox/

AGENT: ___    VIOL: ___

PROCEEDING: Status Conference    BOND REC: ___

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
   ___ Electronic Monitoring ___

Discovery out
2 days to try
Not ready
Probable plea

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 11-27-00    TIME: 11:00am    TAPE # 00-094    PG # 3

22/090