## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | WAYNE BRUTON (J) | CASE NO: | 00-6247-CR-FERGUSON |
| AUSA: | TERRY THOMPSON  *Bardfeld* | ATTY: | DARYL WILCOX |
| AGENT: | | VIOL: | |
| PROCEEDING: | BOND HEARING | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes (no) | | COUNSEL APPOINTED: | |
| BOND SET @: | 100,000 PSB  stipulated | To be cosigned by: | mother |

FILED DEC 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.

- ❏ Appear in court as directed.

- ❏ Surrender and / or do not obtain passports / travel documents. *at least*
- ☒ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☒ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

- ❏ Maintain or seek full - time employment.

- ❏ No contact with victims / witnesses.

- ❏ No firearms.

- ❏ Curfew: _____

- ❏ Travel extended to: _____

- ❏ Halfway House _____

*Stipulated bond set - defendant released.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 12/15/00    TIME: 11:00    FTL/LSS TAPE # 00 - 067    Begin: 647    End: 727