UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WAYNE BRUTON,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, Wayne Bruton, through undersigned counsel respectfully moves to continue the trial of this matter for a period of at least thirty (30) days, from the currently scheduled trial date of January, 29, 2001, and in support thereof, the defendant states:

1. Mr. Bruton is charged by indictment with two counts of possession with intent to distribute at least five grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1).

2. The trial of this case is scheduled for the two week trial period commencing Monday, January 29, 2001 with a calendar call scheduled for Monday, January 22, 2001.

3. The undersigned anticipates that Mr. Bruton will enter a plea of guilty. However, due to the sensitive nature of the proposed terms, the government and the defendant need more time to finalize the plea agreement.

4. The undersigned has contacted Assistant United States Attorney Terrence Thompson, the prosecutor handling this matter for the government and Mr. Thompson has no objection to the relief sought by this motion.

WHEREFORE, the defendant, Wayne Bruton, respectfully requests that the trial in this cause be continued for a period of at least thirty (30) days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*
Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument was mailed and faxed this 16th day of January, 2001 to Terrence Thompson, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301.

*[signature]*
Daryl E. Wilcox