UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WAYNE BRUTON,

    Defendant.

_____/



It is ORDERED that this Motion is hereby
DENIED
Wilkie D. Ferguson, Jr.
01/29/01

FILED by _____ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, Wayne Bruton, through undersigned counsel respectfully moves to continue the trial of this matter for a period of at least thirty (30) days, from the currently scheduled trial date of January, 29, 2001, and in support thereof, the defendant states:

1.    Mr. Bruton is charged by indictment with two counts of possession with intent to distribute at least five grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1).

2.    The trial of this case is scheduled for the two week trial period commencing Monday, January 29, 2001 with a calendar call scheduled for Monday, January 22, 2001.

3.    The undersigned anticipates that Mr. Bruton will enter a plea of guilty. However, due to the sensitive nature of the proposed terms, the government and the defendant need more time to finalize the plea agreement.

4.    The undersigned has contacted Assistant United States Attorney Terrence Thompson, the prosecutor handling this matter for the government and Mr. Thompson has no objection to the relief sought by this motion.

23