UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WAYNE BRUTON,

Defendant.

_____/

FILED

APR 1 1 2001

CLERK, USDC / SDFL / FTL

## **DEFENDANT'S MOTION TO CONTINUE SENTENCING**

The Defendant, Wayne Bruton, through undersigned counsel respectfully moves to continue the trial of this matter for a period of at least thirty (30) days, from the currently scheduled sentencing date of April 13, 2001, and in support thereof, the defendant states:

1.      On February 8, 2001, Mr. Bruton pled guilty to one count of possessing with intent to distribute at least five grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1). The sentencing hearing is scheduled for April 13, 2001.

2.      Pursuant to a plea agreement, Mr. Bruton agreed to cooperate with the United States Attorneys Office by providing information about the criminal wrongdoing of other parties. The plea agreement further provided that the government may file a motion for a downward departure pursuant to USSG § 5K1.1 if in their sole judgement the Mr. Bruton's cooperation was of such significance as to warrant a downward departure from the sentencing guidelines. The government was represented by Assistant United States Attorney Terrence Thompson at the change of plea hearing.

3.    On March 30, 2001, the undersigned received the Pre-sentence Investigation Report
(PSI) for this case. As expected, Mr. Bruton was found to be a career offender and his guideline
range was calculated at 262-327 months. The undersigned has filed an objection to the probation
officer's failure to award Mr. Bruton a 3 level reduction for acceptance of responsibility. If this
Court sustains Mr. Bruton's objection, the sentencing range will be 188- 235 months.

4.    After receiving the PSI, the undersigned contacted Assistant United States Attorney
Terrence Thompson to determine whether the government would be filing a motion for downward
departure. Mr. Thompson advised that he would have to contact the case agent before he could
advise as to whether the United States would file a motion for downward departure.

5.    On Tuesday, April 10, 2001, three (3) days before the sentencing date, the
undersigned received a call from Assistant United States Attorney Michael Dittoe. Mr. Dittoe
advised that he would be representing the United States at the sentencing hearing and that the United
States would not be filing a motion for downward departure.

6.    The undersigned now needs additional time to prepare a motion for downward
departure on grounds other than his cooperation with the government.

7.    The undersigned has contacted Assistant United States Attorney Michael Dittoe and
Mr. Dittoe takes no position as to whether the Court should grant the relief sought by this motion.

2

WHEREFORE, the defendant, Wayne Bruton, respectfully requests that the sentencing in

this cause be continued for a period of at least thirty (30) days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:

Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument was mailed this 12th day of April,

2001 to Michael Dittoe, Assistant United States Attorney, 299 East Broward Boulevard, Fort

Lauderdale, Florida, 33301.

Daryl E. Wilcox