SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR 13 200

CASE # 00-6247-CR-WJF

DEFENDANT _Wayne Brutton_      JUDGE ___ WILKIE D. FERGUSON

Deputy Clerk ___ TROY T. WALKER      DATE _April 12, 2001_

Court Reporter _Carl Schanzleh_ ~~Paul Haferlim~~      USPO _D. Pratt_

AUSA _Michael Ditto for Jerry Thompson_      Deft's Counsel _Daryl Wilcox_

COUNTS DISMISSED ___ All Others _____

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

✓ Sentencing cont'd until _4/30/01_ at _9:30 Am_ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

Assessment $ _____      Fine $ _____

Restitution /Other _____

### CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

30