SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR 30 2001

CASE # 00-6247-CR-WDF

DEFENDANT Wayne Brutton    JUDGE    WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER    DATE April 30, 2001

Court Reporter  Lynn Lockstader    USPO  D. Pratt

AUSA  Jerry Thompson    Deft's Counsel  Daryl L. Wilcox

COUNTS DISMISSED ___ All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE
Imprisonment    Years    Months  118    Counts  1

Supervised Release  4 yrs (See file for details)

Probation    Years    Months    Counts

Comments_____

Assessment $ 100.00    Fine $ None

Restitution /Other _____

CUSTODY
__L__ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation:  South Florida

33