UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR-FERGUSON



UNITED STATES OF AMERICA,

   Plaintiff,

vs.

WAYNE BRUTON,

   Defendant.
_____/

## ORDER GRANTING
## DEFENDANT'S MOTION TO CONTINUE SENTENCING

THIS CAUSE having come before the Court on the Defendant's Motion to Continue Sentencing, bearing Certificate of Service dated April 12, 2001, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The sentencing date in this matter is hereby reset as follows: Monday, April 30, 2001 at 9:30 a.m.

DONE AND ORDERED on this 29TH day of May, 2001 at Fort Lauderdale, Florida.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record