UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
                            )
WAYNE BRUTON,               )
                            )
        Defendant.          )
_____)

GOVERNMENT'S MOTION FOR REDUCTION OF
SENTENCE BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Rule 35 (b) of the Federal Rules of Criminal Procedure, the United States of America files this Government's Motion For Reduction of Sentence based on Defendant's Substantial Assistance as follows:

1. On April 30, 2001, the defendant was sentenced to a term of 110 months' imprisonment for possession with intent to distribute "crack" cocaine. Subsequent to the defendant's conviction and sentencing, his girlfriend provided assistance to law enforcement authorities. Specifically, the defendant's girlfriend provided the Fort Lauderdale Police Department with information that helped lead to the arrest of two fugitives wanted by that agency.

2. The United States and counsel for the defendant agree

1

that, based upon the assistance of the defendant's girlfriend, the defendant's sentence should be reduced by six months. This would result in a reduced sentence of 104 months' confinement. The parties agree that the defendant's sentence should remain unchanged in all other respects.

    3. The United States and counsel for the defendant agree that a hearing is not necessary to resolve this matter.

    4. The undersigned has conferred with counsel for the defendant concerning this motion. Counsel for the defendant concurs with the sentencing recommendation outlined above. Further, counsel for the defendant, Wayne Bruton, has consulted with the defendant who joins in this motion and concurs with the recommendation contained herein.

    WHEREFORE, the United States respectfully requests that its motion be granted.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
Assistant United States Attorney
Court No. A5500063
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida  33394
(954) 356-7255
(954) 356-7336 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 26th day of April 2002, to: Daryl Wilcox, One East Broward Boulevard, Suite 1100, Fort Lauderdale, Florida 33301.

_____
TERRENCE J. THOMPSON
ASSISTANT U.S. ATTORNEY