UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             Case No. 00-6247-CR-FERGUSON

    Plaintiff(s)

vs.

WAYNE BRUTTON

    Defendant(s).

_____/

FILED by ___ D.C.
MAY 1 0 2002
CL... U.S. ...
S.D. OF FLA. FT. LAUD.

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on May 30, 2002 at 9:00 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___7th___ day of May, 2002.

                                        _____
                                        KAREN GARDNER
                                        DEPUTY CLERK

copies provided:

Terrence Thompson, AUSA
Darryl Wilcox, AFPD

