UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR-FERGUSON



UNITED STATES OF AMERICA,

    Plaintiff,

v.

WAYNE BRUTON,

    Defendant.

_____/

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   ANY UNITED STATES MARSHAL, and

       WARDEN, Federal Correctional Institution Miami

Wayne Bruton, Registration Number, 55538-004, the defendant in the above entitled case, is confined at the Federal Correctional Institution Miami, 15801 Southwest 137th Avenue, Miami Florida, and that said case is set for a hearing at the United States Federal Courthouse, 299 East Broward Boulevard, Courtroom 207A, Fort Lauderdale, Florida on May 30, 2002 at 9:00 a.m. and it is necessary for said defendant to be before the Court for the purpose of giving testimony in said proceeding;

NOW THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Wayne Bruton now in custody as aforesaid, under safe and secure conduct, before this Court at the United States Federal Courthouse, 299 E. Broward Blvd., Courtroom 207A , Fort Lauderdale, Florida by or before **9:00 a.m. on May 30, 2002** for the purpose of testifying in the



above case, and upon completion of testimony that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Federal Correctional Institution Miami, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of said Wayne Bruton for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at Fort Lauderdale, Florida this _15th_ day of May, 2002

---
UNITED STATES DISTRICT JUDGE
WILKIE D. FERGUSON, JR.

Copies to:

Terrence Thompson, AUSA
Daryl Wilcox, AFPD
U.S. Marshal (4 certified copies)