**CRIMINAL MINUTES**

FILED by _____ D.C.
MAY 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6247-CR-FERGUSON__    Date: __MAY 30, 2002__

Clerk: __Karen Gardner__    Reporter: __Carly Horenkamp__

USPO: __Donald Jefferson__    Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __WAYNE BRUTTON (J)__

AUSA: __Terrence Thompson__

Defendant(s) Counsel: __Darryl Wilcox, AFPD__

Defendant(s) Present __X__ Not Present_____ In Custody __X__

Reason for hearing: **RULE 35 HEARING**

Result of hearing: _Deferring ruling on Rule 35 motion until testimony can be taken from witnesses and case agent. Order to follow with new date._

Case Continued to: _____ Time: _____ P.M. _____

38