

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Case No. 00-6247-CR-FERGUSON

    Plaintiff(s)

vs.

WAYNE BRUTTON (J)

    Defendant(s).
_____/

### RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled cause has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on June 27, 2002 at 9:00 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 11th day of June, 2002.

                                                          KAREN GARDNER
                                                          DEPUTY CLERK

copies provided:

Terrence Thompson, AUSA
Daryl Wilcox, AFPD



