UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA )
)
v. )
)
)
WAYNE BRUTON, )
)
Defendant. )
_____ )

FILED by ___ D.C.
INTAKE
JUN 2 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE HEARING REGARDING SENTENCE REDUCTION

The United States of America, by and through its undersigned Assistant United States Attorney, responds to the defendant's request for return of funds, as follows:

1. A hearing on the government's motion to reduce the defendant's sentence is currently scheduled for June 27, 2002 at 9:00 a.m. The undersigned is scheduled to undergo back surgery that morning. Accordingly, the United States requests that the hearing be continued for approximately 2 weeks.

1

2. The undersigned has conferred with counsel for the defendant who has no objection to this motion.

                                  Respectfully submitted,

                                  GUY A. LEWIS
                                  UNITED STATES ATTORNEY

By:  _____
       TERRENCE J. THOMPSON
       Assistant United States Attorney
       Court No. A5500063
       500 E. Broward Blvd., Suite 700
       Fort Lauderdale, Florida  33394
       (954) 356-7255
       (954) 356-7336 (facsimile)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 20th day of June 2002, to: Assistant Federal Public Defender Daryl Wilcox Howard Schumacher, Esq., One East Broward Blvd., Suite 1100, Fort Lauderdale, FL 33301.

                                      TERRENCE J. THOMPSON
                                      ASSISTANT U.S. ATTORNEY