**COPY FOR JUDGE**

It is ORDERED that this Motion is hereby GRANTED, THE HEARING IS RESET TO 7/25/02 AT 9:30 A.M.

WILKIE D. FERGUSON, JR.
06/25/02
DATE

FILED by HO D.C.
JUN 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA      )
                              )
v.                            )
                              )
                              )
WAYNE BRUTON,                 )
                              )
        Defendant.            )
_____)



### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE HEARING REGARDING SENTENCE REDUCTION

The United States of America, by and through its undersigned Assistant United States Attorney, responds to the defendant's request for return of funds, as follows:

1. A hearing on the government's motion to reduce the defendant's sentence is currently scheduled for June 27, 2002 at 9:00 a.m. The undersigned is scheduled to undergo back surgery that morning. Accordingly, the United States requests that the hearing be continued for approximately 2 weeks.

