UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6247-CR-FERGUSON

UNITED STATES OF AMERICA,  :
    Plaintiff,  :

vs.  :

WAYNE BRUTON,  :
    Defendant.  :
_____/



## DEFENSE COUNSEL'S NOTICE UNAVAILABILITY

Undersigned counsel for defendant Wayne Bruton hereby gives notice that he will be on vacation from July 15 through July 23, 2002.

Undersigned counsel, therefore, requests that this Court not set any hearings or other proceedings in this matter between July 15 and July 23, 2002.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: (954) 356-7436 ext. 112

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 27th day of June, 2002 to Assistant United States Attorney Terry Thompson, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33316.

_____
Daryl E. Wilcox

S:\WILCOX\Administration\notice unavailability.frm