## CRIMINAL MINUTES

FILED by ____ D.C.

JUL 26 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. _00-6247-FERGUSON___     Date: _July 26, 2002_____

Clerk: _Karen Gardner_____     Reporter: _Carleen Horenkamp___

USPO: *Carolyn Parrllk*_____     Interpreter: _____N/A_____

**UNITED STATES OF AMERICA vs.** _WAYNE BRUTTON._____

_____
_____
_____
_____
_____

AUSA: _Terrence Thompson_____

Defendant(s) Counsel: _Daryl Wilcox, AFPD.,_____

_____

Defendant(s) Present _X__ Not Present_____ In Custody _X__

Reason for hearing: **RULE 35 HEARING** - _____

_____

Result of hearing: _*motion granted on Sentence Reduction*_
_*110 Months reduced to 74 months.*_

Case Continued to:_____ Time:_____ P.M. _____

