

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
      Plaintiff,

Vs.

                          Case No. 00-6247-CR-FERGUSON

WAYNE BRUTTON
      Defendant.
_____/

## ORDER GRANTING RULE 35 MOTION

**THIS MATTER** is before the Court on the Government's Rule 35 Motion. After consideration of the motion, it is hereby

**ORDERED AND ADJUDGED** that the motion is **_GRANTED_**. The original sentence of One Hundred and Ten (110) months in the Bureau of Prisons is reduced to Seventy-Four (74) months. All other aspects of the original judgment are unchanged by this order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ____ day of August, 2002

                                              _____
                                              WILKIE D. FERGUSON, JR.,
                                              UNITED STATES DISTRICT JUDGE

Terrence Thompson, AUSA,
Daryl Wilcox, AFPD,
U.S. Marshal
U.S. Probation